JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND GHALOUSTIAN,<br><br>  Petitioner-Defendant,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent-Plaintiff. | No.  CV 24-8204 PA<br>     CR 19-0714 PA<br><br>JUDGMENT |

    Pursuant to the Court's February 5, 2024 Order denying the Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 filed by petitioner Raymond Ghaloustian ("Petitioner"),

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

DATED: February 6, 2025

                                                                     Percy Anderson<br>
                                          UNITED STATES DISTRICT JUDGE